IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| STEVEN E. HOLLOWAY,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE HARRIS IMPORTS, et al.,<br><br>Defendants. | ORDER ADOPTING REPORT<br>AND RECOMMENDATION<br><br><br><br>Case No. 2:14-CV-861 DB BCW<br><br>Judge Dee Benson |

Before the court is the Report and Recommendation issued by United States Magistrate Judge Brooke Wells on June 7, 2016, recommending that this court: (1) dismiss Plaintiff's Complaint, with prejudice, and (2) find Plaintiff's numerous pending motions moot. (Dkt. No. 85.)

The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it. On June 23, 2016, the Plaintiff filed an objection. (Dkt. No. 90.)

Having reviewed all relevant materials, including Plaintiff's *pro se* objection, the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and Recommendation, the court agrees with the analysis and conclusion of the magistrate judge. Specifically, the court agrees with the magistrate judge that plaintiff's claims appear frivolous

and the lawsuit is without merit.

Accordingly, the court ADOPTS the Report and Recommendation and issues the following Order.

Plaintiff's Complaint is DISMISSED, with prejudice, on the basis that it is without merit. Accordingly, Plaintiff's pending motions are deemed MOOT.

It is so ordered.

DATED this 27th day of June, 2016.

_____
Dee Benson
United States District Judge